IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **JOHN E. TAYLOR (#283906),** | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 16-0251-KD-M |
| **SHERIFF SAM COCHRAN,** | : | |
| Defendant. | : | |

## ORDER

After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection [1] is made (Doc. 27), the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated December 12, 2016 is adopted as the opinion of this Court. Accordingly, Defendant's motion for summary judgment is **GRANTED** and this action is **DISMISSED WITH PREJUDICE**.

**DONE** and **ORDERED** this **28th** day of **December 2016.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**

---

[1] Plaintiff's second motion to appoint counsel (Doc. 28) is **DENIED** for the same reasons detailed in the United States Magistrate Judge's August 30, 2016 order denying Plaintiff's first motion to appoint counsel. (Doc. 18).